# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NEWTON, ) | 1:15-CV-00072- JLT |
| ) | |
| Plaintiff, ) | ORDER REFERRING THE MATTER TO VDRP; |
| ) | MEDIATION TO BE COMPLETED BY 9/30/15 |
| v. ) | |
| ) | |
| CREDIT PROTECTION ASSOC., L.P., ) | |
| ) | |
| Defendant. ) | |

The Court held the scheduling conference in this matter on April 30, 2015. (Doc. 10) At that time, the parties indicated their desire to engage in the VDRP but they needed time to exchange preliminary discovery. Id. at 5. Likewise, they committed to completing the mediation through the VDRP by September 30, 2015. Id. Therefore, good cause appearing, the Court **ORDERS**:

1. The matter is REFERRED to the VDRP;

2. The parties **SHALL** immediately engage in settlement discussions and be prepared to report, in detail, to the appointed neutral regarding their efforts toward achieving settlement;

3. The matter is **NOT** STAYED.

IT IS SO ORDERED.

Dated:   **July 10, 2015**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE