**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY NEWTON, <br><br>          Plaintiff, <br><br>     v. <br><br> CREDIT PROTECTION ASSOCIATION L.P., <br><br>          Defendant. | Case No.: 1:15-cv-00072 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 12) |

On July 22, 2015, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 12) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **September 11, 2015**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **July 23, 2015**               /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE