UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NEWTON,<br><br>             Plaintiff,<br><br>      v.<br><br>CREDIT PROTECTION ASSOCIATION L.P.,<br><br>             Defendant. | Case No.: 1:15-cv-00072 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 14) |

Based upon the stipulation of the parties (Doc. 14), the matter is **DISMISSED** with the parties bearing their own costs. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **September 2, 2015**           **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE